# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MATTHEW R. BOZYK &     )
      GINA M. BOZYK,               )
                                                )   No. 20-18563
                                                )
                                                )   Chapter 13
                Debtor               )   Judge Janet S. Baer
                                                )   Trustee Glenn B. Stearns

## NOTICE OF MOTION

**TO:**   See attached Service List

PLEASE TAKE NOTICE that on May 20, 2022, at 9:30 a.m., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, and present the Debtors' MOTION TO APPROVE SALE OF REAL ESTATE, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and Password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                     Law Office of Gregory J. Martucci, P.C.

                                      By: _____

## **CERTIFICATE OF SERVICE**

     I, Gregory J. Martucci, an attorney, certify that I served this notice by mailing a copy to each person to whom it is directed and depositing the same in the U.S. Mail at Roselle, Illinois, with the proper postage prepaid, on April 26, 2022, except for parties served via ECF.

_/s/ Gregory J. Martucci_

Law Office of Gregory J. Martucci, P.C.
203 E. Irving Park Rd.
Roselle, IL 60172
(630) 980-8333
Ill. ARDC No. 6185842
Email: greg@martuccilaw.com

Matthew R. Bozyk
400 Manea Lane #217
Wheeling, IL 60090-3805

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PennyMac Loan Services, LLC
c/o Codilis & Associates, PC
15W030 N. Frontage Rd., Suite 100
Burr Ridge, IL 60527-6921

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Ally
P.O. Box 380901
Bloomington, MN 55438-0901

Ally Bank
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

American Education Service
P.O. Box 61047
Harrisburg, PA 17106-1047

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Calvary Portfolio Services
4500 S. 129th E. Ave., Ste. 165
Tulsa, OK 74134-5953

Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Cataldo Ambulance Service
Administration & Billing Office
137 Washington St., P.O. Box 435
Somerville, MA 02143-0006

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Discover
P.O. Box 6103
Carol Stream, IL 60197-6103

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Home Depot
P.O. Box 6497
Sioux Falls, SD 57117-6497

ICS Collction Service
P.O. Box 646
Oak Lawn, IL 60454-0646

Illinois Student Assistance Commission
1755 Lake Cook Rd
Deerfield, IL 60015-5209

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mandrarich Law Group, LLP
P.O. Box 109032
Chicago, IL 60610-9032

Penny Mac
6101 Condor Dr., Ste. 200
Alpaugh, CA 93201

| | | |
|---|---|---|
| PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Syncb<br>P.O. Box 960061<br>Orlando, FL 32896-0061 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Thomas Noffsinger, Jr.<br>5632 S. Natoma<br>Chicago, IL 60638-3327 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Dept. of Education<br>2401 International<br>P.O. Box 7859<br>Madison, WI 53707-7859 | United Collection Bureau, Inc.<br>5620 Southwick Blvd., Ste. 206<br>Toledo, OH 43614-1501 | Wichita State University<br>Office of Financial Operations<br>1845 Fairmount Box 38<br>Wichita, KS 67260-9700 |
| Gina M. Bozyk<br>829 Valley Lane<br>Geneva, IL 60134-2443 | Glenn B Stearns (via ECF)<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Patrick S Layng (via ECF)<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: MATTHEW R. BOZYK &      )
     GINA M. BOZYK,      )
     ) No. 20-18563
     )
     ) Chapter 13
     Debtor      ) Judge Janet S. Baer
     ) Trustee Glenn B. Stearns

## MOTION TO APPROVE SALE OF REAL ESTATE

NOW COME the debtors, MATTHEW R. BOZYK & GINA M. BOZYK, by and through their attorney, LAW OFFICE OF GREGORY J. MARTUCCI, P.C., and move that this honorable Court enter an Order approving the sale of debtors' home, located at 829 Valley Lane, Geneva, IL 60134, and in support of their motion, the debtors state as follows:

1. Debtors, MATTHEW R. BOZYK & GINA M. BOZYK, own the home located at 829 Valley Lane, Geneva, IL 60134.

2. In debtors' Chapter 13 petition, filed on 10/12/20, the stated fair market value of said home was $213,000.00 and a mortgage lien was listed in the amount of $185,652.00. On 10/30/20, PennyMac Loan Services, LLC, filed a Proof of Claim in the amount of $187,176.83. (See pp. 1-3 of Proof of Claim attached hereto as **Exhibit A**)

3. On 2/18/2022, PennyMac Loan Services, LLC was granted relief from the automatic stay and withdrew its claim. (See attached **Exhibit B**)

4. On or about 4/11/22, the debtors listed their home for sale with BRUMMEL PROPERTIES, located at 58 Chicago Rd., Oswego, IL 60543.

5. That after listing and showing the property, an offer to purchase was made by BRIAN G. HEWSON on 4/12/22, for $278,000.00. (See pp. 1 and 13 of Real Estate Contract attached hereto as **Exhibit C**)

6. That the Buyer, BRIAN G. HEWSON, also entered into a Price Escalation Addendum to Sales Contract. (See attached **Exhibit D**).

7. That the parties ultimately agreed to a sales price of $285,500.00.

8. The attached Affidavit by STEPHEN GORSKI of BRUMMEL PROPERTIES, states his belief that $285,500.00 is the fair market value for this property at the present time, considering current market conditions. (See attached **Exhibit E**)

9. After paying off the existing mortgage and the estimated closing costs and applying the $30,000 homestead exemption to which the debtors are entitled under 735 ILCS 5/12-901, it is anticipated that funds will be available to creditors.

10. The estimated plan balance due to the Chapter 13 Trustee is $6,000.00.

11. Debtor requests that the Court direct the closing agent to promptly pay up to $6,000.00 of the net proceeds in excess of the Sellers' $30,000.00 homestead exemption, to Glenn B. Stearns, Chapter 13 Trustee, P.O. Box 2368, Memphis, TN 38101-2368.

WHEREFORE, the debtors, MATTHEW M. BOZYK & GINA M. BOZYK, respectfully request that the Court grant the relief requested herein.

Respectfully submitted,

/s/ 
Attorney for Debtors

Law Office of Gregory J. Martucci, P.C.
203 E. Irving Park Rd.
Roselle, IL 60172
(630) 980-8333
Ill. ARDC No. 6815842
Email: greg@martuccilaw.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Matthew R. Bozyk |
| Debtor 2 (Spouse, if filing) | Gina M. Bozyk aka Gina M. Noffsinger |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 20-18563 |

## Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
PennyMac Loan Services, LLC
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

PennyMac Loan Services, LLC
Name
P.O. Box 2410
Number  Street
Moorpark    CA    93020
City        State  Zip Code

Contact phone (866) 629-4570
Contact email BK@pnmac.com

Where should payments to the creditor be sent? (if different)

PennyMac Loan Services, LLC
Name
P.O. Box 660929
Number  Street
Dallas    TX    75266-0929
City      State  Zip Code

Contact phone (866) 629-4570
Contact email BK@pnmac.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**
■ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes. Who made the earlier filing? _____


EXHIBIT A

Official Form 410                                                                                                                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___5500___

**7. How much is the claim?** ___$187,176.83___.

Does this amount include interest or other charges?
☐ No
■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

___Money Loaned___

**9. Is all or part of the claim secured?**

☐ No
■ Yes. The claim is secured by a lien on property.

**Nature of property:**

■ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor Vehicle
☐ Other. Describe: ___829 Valley Lane, Geneva, IL 60134___

**Basis for perfection:** ___Mortgage/Note___

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $187,176.83

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $15,674.99

**Annual Interest Rate** (when case was filed) ___3.875___%

■ Fixed
☐ Variable

**10. Is this claim based on a lease?**

■ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

■ No
☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ■ No <br> ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
■ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     10/27/2020
                     MM / DD / YYYY

/s/ Peter C. Bastianen ARDC# 06244346
Signature

**Print the name of the person who is completing and signing this claim:**

Name         Peter C. Bastianen
             First name          Middle name          Last name

Title        Attorney for Creditor

Company      Codilis & Associates, P.C.
             Identify the corporate servicer as the company if the authorized agent is a servicer.

Address      15W030 North Frontage Road, Suite 100
             Number         Street

             Burr Ridge                              IL         60527
             City                                    State      ZIP Code

Contact phone    (630) 794-5300            Email     ND-Four@il.cslegal.com

File #14-20-05694

NOTE: This law firm is a debt collector.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Matthew R. Bozyk<br>Gina M. Bozyk aka Gina M. Noffsinger<br><br>Debtor(s) | BK No.: 20-18563<br><br>Chapter: 13<br>Honorable Janet S. Baer<br>Kane |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of PennyMac Loan Services, LLC, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter, due notice having been given, and the secured creditor alleging that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED THAT:

(1) Pursuant to 11 U.S.C. section 362(d), PennyMac Loan Services, LLC and its principals, agents, successors, and/or assigns are granted relief from the automatic stay provisions of 11 U.S.C. section 362(a) by modifying said stay to permit them to pursue all non-bankruptcy remedies and workout options as to the property commonly known as 829 Valley Ln., Geneva, IL 60134.

(2) The claim of PennyMac Loan Services, LLC is withdrawn. No further payments are to be disbursed to PennyMac Loan Services, LLC on its proof of claim.

(3) Rule 4001(a)(3) is waived and PennyMac Loan Services, LLC may immediately enforce and implement this order granting relief from the automatic stay.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 18, 2022

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-20-05694



EXHIBIT B

# MULTI-BOARD RESIDENTIAL REAL ESTATE CONTRACT 7.0

1  **1. THE PARTIES:** Buyer and Seller are hereinafter referred to as the "Parties."
2  Buyer Name(s) *[PLEASE PRINT]* **Brian G Hewson**
3  Seller Name(s) *[PLEASE PRINT]* **Matthew Bozyk and Gina Bozyk**
4  **If Dual Agency applies, check here ☐ and complete Optional Paragraph 29.**

5  **2. THE REAL ESTATE:** Real Estate is defined as the property, all improvements, the fixtures and Personal Property
6  included therein. Seller agrees to convey to Buyer or to Buyer's designated grantee, the Real Estate with
7  approximate lot size or acreage of **Less Than .25 Acre** commonly known as:
8  **829 Valley Ln**     **Geneva**     **IL**     **60134**     **Kane**
9  Address     Unit # (If applicable)     City     State     Zip     County
10 Permanent Index Number(s): **1202454026**     ☐ Single Family Attached ☑ Single Family Detached ☐ Multi-Unit
11 **If Designated Parking is Included:** # of space(s) _____; identified as space(s) # _____; location _____
12 *[CHECK TYPE]* ☐ deeded space, PIN: _____ ☐ limited common element ☐ assigned space.
13 **If Designated Storage is Included:** # of space(s) _____; identified as space(s) # _____; location _____
14 *[CHECK TYPE]* ☐ deeded space, PIN: _____ ☐ limited common element ☐ assigned space.

15 **3. FIXTURES AND PERSONAL PROPERTY AT NO ADDED VALUE:** All of the fixtures and included Personal Property
16 are owned by Seller and to Seller's knowledge are in operating condition on Date of Acceptance, unless otherwise
17 stated herein. Seller agrees to transfer to Buyer all fixtures, all heating, electrical, plumbing, and well systems
18 together with the following items at no added value by Bill of Sale at Closing *[CHECK OR ENUMERATE APPLICABLE ITEMS]*:

19 X **2** Refrigerator     __ Wine/Beverage Refrigerator     X __ Light Fixtures, as they exist     __ Fireplace Gas Log(s)
20 X **2** Oven/Range/Stove     X __ Sump Pump(s)     X __ Built-in or attached shelving     X __ Smoke Detectors
21 X __ Microwave     __ Water Softener (unless rented)     X __ All Window Treatments & Hardware     X __ Carbon Monoxide Detectors
22 X __ Dishwasher     X __ Central Air Conditioning     __ Satellite Dish     __ Invisible Fence System, Collar & Box
23 __ Garbage Disposal     __ Central Humidifier     __ Wall Mounted Brackets (AV/TV)     X __ Garage Door Opener(s)
24 __ Trash Compactor     __ Central Vac & Equipment     __ Security System(s) (unless rented)     with all Transmitters
25 X __ Washer     X __ All Tacked Down Carpeting     __ Intercom System     X __ Outdoor Shed
26 X __ Dryer     X __ Existing Storms & Screens     __ Electronic or Media Air Filter(s)     __ Outdoor Playset(s)
27 __ Attached Gas Grill     __ Window Air Conditioner(s)     __ Backup Generator System     X __ Planted Vegetation
28 X __ Water Heater     X __ Ceiling Fan(s)     __ Fireplace Screens/Doors/Grates     X __ Hardscape

29 **Other Items Included at No Added Value:** _____
30 **Items Not Included:** _____
31 Seller warrants to Buyer that all fixtures, systems and Personal Property included in this Contract shall be in
32 operating condition at Possession except: _____
33 A system or item shall be deemed to be in operating condition if it performs the function for which it is intended,
34 regardless of age, and does not constitute a threat to health or safety.
35 **If Home Warranty applies, check here ☐ and complete Optional Paragraph 32.** 285,500

36 **4. PURCHASE PRICE AND PAYMENT:** The Purchase Price is $ **278,000.00** . After the payment of Earnest
37 Money as provided below, the balance of the Purchase Price, as adjusted by prorations, shall be paid at Closing in
38 "Good Funds" as defined by law.
39     a) **CREDIT AT CLOSING:** *[IF APPLICABLE]* Provided Buyer's lender permits such credit to show on the final
40     settlement statement or lender's closing disclosure, **and if not, such lesser amount as the lender permits,** Seller
41     agrees to credit $ **0.00** to Buyer at Closing to be applied to prepaid expenses, closing costs or both.
42     b) **EARNEST MONEY:** Earnest Money of $ **5,000.00** shall be tendered to Escrowee on or before **2**
43 Business Days after Date of Acceptance. Additional Earnest Money, if any, of $ **0.00** shall be tendered
44 by **n/a** , 20 ___. Earnest Money shall be held in trust for the mutual benefit of the Parties by

Buyer Initial **BH**     Buyer Initial _____     Initial **MB**     Seller Initial **GB**
Address: **829 Valley Ln, Geneva, IL 60134**     v7.0
*Page 1 of 13*

EXHIBIT C

513 THE PARTIES ACKNOWLEDGE THAT THIS CONTRACT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF ILLINOIS AND IS SUBJECT TO THE
514 COVENANT OF GOOD FAITH AND FAIR DEALING IMPLIED IN ALL ILLINOIS CONTRACTS.

515 THIS DOCUMENT WILL BECOME A LEGALLY BINDING CONTRACT WHEN SIGNED BY ALL PARTIES AND DELIVERED TO THE PARTIES OR THEIR AGENTS.

516 THE PARTIES REPRESENT THAT THE TEXT OF THIS COPYRIGHTED FORM HAS NOT BEEN ALTERED AND IS IDENTICAL TO THE OFFICIAL MULTI-
517 BOARD RESIDENTIAL REAL ESTATE CONTRACT 7.0.

| | |
|---|---|
| 518 **April 12th, 2022** | 4/15/2022 |
| 519 Date of Offer | DATE OF ACCEPTANCE |
| 520 *[Buyer signature: Br H...]* | *[Seller signature: Matthew Bozyk]* |
| 521 Buyer Signature | Seller Signature |
| 522 | *[Seller signature: Gina Bozyk]* |
| 523 Buyer Signature | Seller Signature |
| 524 **Brian G Hewson** | Matthew Bozyk, Gina Bozyk |
| 525 Print Buyer(s) Name(s) [REQUIRED] | Print Seller(s) Name(s) [REQUIRED] |
| 526 **808 Carol Ave** | 829 Valley Ln |
| 527 Address [REQUIRED] | Address [REQUIRED] |
| 528 **Elgin IL 60123** | Geneva, IL 60134 |
| 529 City, State, Zip [REQUIRED] | City, State, Zip [REQUIRED] |
| 530 tricianmiller@hotmail.com | 773-209-1059. Ginabozyk@gmail.com |
| 531 Phone       E-mail | Phone       E-mail |

532 **FOR INFORMATION ONLY**

| | | | | | |
|---|---|---|---|---|---|
| 533 **RE/MAX All Pro - St Charles** | **604** | **477013618** | **Brummel Properties, Inc.** | **25547** | **478026245** |
| 534 Buyer's Brokerage | MLS # | State License # | Seller's Brokerage | MLS # | State License # |
| 535 **505 W. Main St.** | **St. Charles** | **60174** | **58 Chicago Road** | **Oswego** | **60543** |
| 536 Address | City | Zip | Address | City | Zip |
| 537 **Kristen Deuter** | **70479** | **475163951** | **Stephen Gorski** | **262240** | **227262240** |
| 538 Buyer's Designated Agent | MLS # | State License # | Seller's Designated Agent | MLS # | State License # |
| 539 **(630) 513-6100** | | | | | **(630) 551-8005** |
| 540 Phone | | Fax | Phone | | Fax |
| 541 **kristendeuter@gmail.com** | | | **steve@brummelproperties.com** | | |
| 542 E-mail | | | E-mail | | |
| 543 **Kendall Monson**   **kendall@monsonroselaw.com** | | | | | |
| 544 Buyer's Attorney    E-mail | | | Seller's Attorney | E-mail | |
| 545 **150 E Highland Ave Elgin       IL       60120** | | | | | |
| 546 Address       City       State    Zip | | | Address | City    State   Zip | |
| 547 **8472012345** | | | | | |
| 548 Phone       Fax | | | Phone | Fax | |
| 549 **Caliber Home Loans**       **6304175748** | | | | | |
| 550 Mortgage Company       Phone | | | Homeowner's/Condo Association (if any) | Phone | |
| 551 **Beth Gottlieb**       **6304175748  844-694-4523** | | | | | |
| 552 Loan Officer       Phone/Fax | | | Management Co./Other Contact | Phone | |
| 553 **beth.gottlieb@caliberhomeloans.com** | | | | | |
| 554 Loan Officer E-mail | | | Management Co./Other Contact E-mail | | |

555 | Illinois Real Estate License Law requires all offers be presented in a timely manner; Buyer requests verification that this offer was presented.
556 | **Seller rejection:** This offer was presented to Seller on _____, 20 ____ at ___:___ a.m./p.m. and rejected on _____
557 | _____, 20 ____ at ___:___ a.m./p.m. _____ [SELLER INITIALS]

558 © 2018 Illinois Real Estate Lawyers Association. All rights reserved. Unauthorized duplication or alteration of this form or any portion thereof is prohibited. Official form available at www.irela.org
559 (website of Illinois Real Estate Lawyers Association). Approved by the following organizations, December 2018: Belvidere Board of REALTORS® · Chicago Association of REALTORS® · Chicago Bar Association
560 · DuPage County Bar Association · Heartland REALTOR® Organization · Grundy County Bar Association · Hometown Association of REALTORS® · Illinois Real Estate Lawyers Association · Illini Valley
561 Association of REALTORS® · Kane County Bar Association · Kankakee-Iroquois-Ford County Association of REALTORS® · Mainstreet Organization of REALTORS® · McHenry County Bar Association ·
562 North Shore-Barrington Association of REALTORS® · North Suburban Bar Association · Northwest Suburban Bar Association · Oak Park Area Association of REALTORS® · REALTOR® Association of
563 the Fox Valley, Inc. · Three Rivers Association of REALTORS · Will County Bar Association ·

**REALTOR ASSOCIATION OF THE FOX VALLEY, INC.**

PRICE ESCALATION ADDENDUM TO SALES CONTRACT

**Property:** 829 Valley Ln, Geneva, IL 60134
**Seller:** Matthew Bozyk and Gina Bozyk
**Buyer:** Brian G Hewson

1. This Addendum is presented to Seller as part of Buyer's offer to purchase Seller's property. Should Seller accept Buyer's offer, Buyer and Seller will have entered into a binding contract, with the exception of any terms addressed in this Addendum.

2. If, prior to Seller's acceptance of Buyer's offer to purchase, Seller receives from another prospective purchaser a bona fide Competing Offer to purchase the property, with terms acceptable to Seller and a net Purchase Price (the Purchase Price less any identified Seller assistance and/or Seller financial concessions) higher than the net Purchase Price offered by Buyer, Buyer agrees that the Purchase Price of Buyer's offer is increased so that the Net Purchase Price is $**2,500.00** higher than the net Purchase Price in the Competing Offer(s), up to a maximum Purchase Price of $ **290,000.00**. **The Buyer acknowledges that the Escalating factor of this Offer and the Escalating Factors of Other Offers may result in multiple escalations and, in some cases, escalation to the Cap.**

3. If the Buyer will be financing a portion of the Purchase Price and this Escalation Addendum causes an increase in the Purchase Price under this offer, **Buyer acknowledges that property may not appraise for the escalated price and agrees to proceed as follows** (initial one):

    ___ The loan amount provided for in this offer shall remain the same, and the Buyer shall pay any increase in cash at the time of settlement. [initialed BH | MB | GB]

    **OR**

    ___ The down payment amount provided for in this Offer shall remain the same, and any increase shall be added to the loan amount.

    **OR**

    ___ The loan amount provided for in this Offer shall automatically increase to be _____% of the new Purchase Price of the Property.

    **OR**

    ___ The loan amount shall **not** exceed $_____ and the Buyer shall pay any amount of the increase in Purchase Price which is not included in the loan amount in cash at the time of settlement **regardless of the appraised value**.

4. Buyer acknowledges and affirms that this offer and Escalation Addendum has been made of his/her own volition and at his/her own discretion and Buyer agrees to hold all brokers, managing brokers and their firms harmless with regard to negotiation of the Purchase Price. In the event other offers are presented on this Property, Buyer acknowledges that a copy of the documents constituting this offer may be provided to the parties making such other offers.

5. Seller will provide a copy of the competing offer to Buyer no later than the time Seller returns a copy of the executed Agreement to Buyer. Seller may remove the name of the other prospective purchaser, but may not remove any financial terms, including the Purchase Price or any Seller assistance or other Seller financial concessions.

**EXHIBIT D**



433 Williamsburg Avenue Geneva, Illinois 60134
Phone: 630.232.2360 Fax: 630.232.1466
www.RAFV.REALTOR

Updated May 2016



REALTOR ASSOCIATION OF THE FOX VALLEY, INC.

6. Seller will fill in the new Purchase Price, as calculated based on the terms of Paragraph 2, between Buyer's and Seller's signatures below. Buyer understands and acknowledges that no further signature or initials are required on this form to have an executed Addendum. At the request of Seller, Buyer's lender, or any of the real estate licensees involved in the transaction, Buyer agrees to sign or initial, and date the Sales Contract to reflect any increase in the Purchase Price and/or any other changes in terms made in accordance with this Addendum. Buyer's refusal to sign or initial any changes made in accordance with this addendum will result in Buyer being in default under the terms of the Sales Contract. Changing the Purchase Price or other terms in the already executed Sales Contract to reflect any changes made by this Addendum does not change the Execution Date of the Sales Contract.

**All other terms and conditions of the Sales Contract remain unchanged and in full force and effect.**

BUYER: _[DocuSigned by: signature]_ 548003C6749846F... DATE: **April 12th, 2022**
BUYER: _____ DATE: _____
BUYER: _____ DATE: _____

(A) The Purchase Price of the Sales Contract is increased from $ 278,000 to $ 285,500 pursuant to the terms set forth in Paragraph 2 above. A copy of the Competing Offer is attached.
(B) The Mortgage Contingency paragraph of the Sales Contract is modified to reflect the changes made in paragraph 3 above.
(C) Seller has accepted Buyer's offer and has executed the Contract.

SELLER: _[DocuSigned by: Bozyk]_ DATE: 4/15/2022
SELLER: _[DocuSigned by signature]_ 176E5C7130FD445... DATE: 4/15/2022
SELLER: _____ DATE: _____




433 Williamsburg Avenue Geneva, Illinois 60134
Phone: 630.232.2360 Fax: 630.232.1466
www.RAFV.REALTOR
Updated May 2016

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MATTHEW R. BOZYK and  )
GINA M. BOZYK,  )
 )  No. 20-18563
 )
 )  Chapter 13
 )  Judge Janet S. Baer
Debtors  )  Trustee Glenn B. Stearns
 )

## AFFIDAVIT

I, STEPHEN GORSKI, being first duly sworn, on oath, deposes and states as follows:

1. I am a real estate agent associated with BRUMMEL PROPERTIES, located at 58 Chicago Rd., Oswego, IL 60543.

2. I am familiar with the residential property located at 829 Valley Lane, Geneva, IL 60134 owned by MATTHEW R. BOZYK and GINA M. BOZYK, hereinafter referred to as "Sellers."

3. That the Sellers entered into a Exclusive Right to Sell Contract with me on 4/11/2022, in which we originally listed said property for $ $264,900 , and (if applicable) reduced the price down to $_____.

4. That after listing and showing the property, the best offer that we received was made by BRIAN G. HEWSON, in the amount of ~~$270,000.00~~, on ~~4/12/2022~~. $285,500.00   4/15/2022   $285,500.00

5. That I have reviewed the sales prices of comparable properties and believe that ~~$270,000.00~~ represents fair market value for this property at the present time, considering the condition of the property and current market conditions.

And further Affiant sayeth not.

Stephen Gorski
~~BRIAN G. HEWSON~~   Stephen Gorski
Real Estate ~~DESIGNATED MANAGING~~ BROKER
BRUMMEL PROPERTIES

Subscribed and Sworn to before me
this 22 day of April, 2022

_____
Notary Public



MICHAEL DAVID PALACZ
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 27, 2024

**EXHIBIT E**